JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG JANG,<br><br>          Plaintiff,<br><br>    v.<br><br>SANTANDER CONSUMER USA INC., et al.,<br><br>          Defendants. | Case No. CV 25-449-MWF(MAAx)<br><br>ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS SANTANDER CONSUMER USA INC. AND VERIZON WIRELESS SERVICES, LLC WITH PREJUDICE |

The Court has considered Plaintiff Yong Jang and Defendants Santander Consumer USA Inc. and Verizon Wireless Services, LLC's Stipulation to Dismiss Defendants Santander Consumer USA Inc. and Verizon Wireless Services, LLC, filed June 11, 2025. (Docket No. 57). For good cause shown, remaining Defendants Santander Consumer USA Inc. and Verizon Wireless Services, LLC are DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 11, 2025

_____

MICHAEL W. FITZGERALD
United States District Judge